UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

SHEILA O'CONNOR,

   Plaintiff,

-vs-

NISSAN MOTOR ACCEPTANCE
CORPORATION                      CASE NO.:  2:18-CV-00144-JES-CM

   Defendant.

_____/

## NOTICE OF SETTLEMENT

    Plaintiff, Sheila O'Connor, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a negotiated resolution with regard to this case and are presently drafting and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

    Dated:  August 28, 2018.

                                           Respectfully submitted,

                                           */s/ Shaughn C. Hill*
                                           Shaughn C. Hill, Esquire
                                           Morgan & Morgan, Tampa,  P.A.
                                           One Tampa City Center
                                           201 N. Franklin Street, 7th Floor
                                           Tampa, FL 33602
                                           Tele:  (813) 223-5505
                                           Fax:  (813) 223-5402
                                           shill@forthepeople.com
                                           Florida Bar #:  105998
                                           Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of August, 2018. The foregoing was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system, and a copy of which was served via electronic mail to all parties of record.

*/s/ Shaughn C. Hill*
SHAUGHN C. HILL, ESQUIRE
Florida Bar No.: 105998