UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

SHEILA OCONNOR,

  Plaintiff,

-vs-

NISSAN MOTOR ACCEPTANCE
CORPORATION

  Defendant.

_____/

CASE NO.: 2:18-CV-00144-JES-CM

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Sheila Oconnor, and the Defendant, Nissan Motor Acceptance Corporation, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this __25th__ day of _September, 2018_.

| | |
|---|---|
| /s/ Shaughn C. Hill | /s/ Joseph Apatov |
| Shaughn C. Hill, Esquire | Joseph Apatov, Esquire |
| Morgan & Morgan, Tampa, P.A. | McGlinchey Stafford |
| One Tampa City Center | One E Broward Blvd, Ste 1400 |
| Tampa, FL 33602 | Fort Lauderdale, FL 33301 |
| Tele: (813) 223-5505 | Tele: (954) 356-2516 |
| Fax: (813) 223-5402 | Fax: (954) 252-3808 |
| shill@forthepeople.com | japatov@mcglinchey.com; |
| Florida Bar#: 105998 | jruiz@mcglinchey.com |
| *Attorney for Plaintiff* | Florida Bar#: 93546 |
| | *Attorney for Defendant* |